1

2

3

4

5

6

7

8

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  ANHTHU VAN, a Washington resident;
   VIET NGUYEN, a Washington resident;
10 DAVID ATHERTON, a Washington
   resident; DONNIE NEWELL, a Washington
11 resident; GLENDA WERNER, a Washington
   resident; JOHN BAILEY, a Washington
12 resident; WANJIRU BAILEY, a Washington
   resident; CHAD VAN CLEAVE, a
13 Washington resident; KELLY PANZARINO,
   a Washington resident; LORI NEMITZ, a
14 Washington resident; CHANBANDITH
   PROM, a Washington resident;
15 CHRISTOPHER SMITH, a Washington
   resident; STEVEN BERUBE, a Washington
16 resident; LISA BERUBE, a Washington
   resident; JENNY KUMA, a Washington
17 resident; SEM CHAP, a Washington resident;
   SYED RIZVI, a Washington resident;
18 ROXANNE PARIS, a Washington resident;
   GUADALUPE GUTIERREZ, a Washington
19 resident; KULJIT SINGH, a Washington
   resident; PAVNEET CHERRY, a
20 Washington resident; JACOB HANSON, a
   Washington resident; EMILY HANSON, a
21 Washington resident; JOSHUA
   ALBERTSON, a Washington resident;
22 CORREY ALBERTSON, a Washington
   resident; ELIZABETH FAJEMISIN, a
23 Washington resident; SANMI FAJEMISIN, a
   Washington resident; SAKHOEUN
24 CHHOTH, a Washington resident; JOSHUA
   REED, a Washington resident; ALDWIN
25 PEREDO, a Washington resident;
   CHRISTINE PEREDO, a Washington
26 resident; SHWANDA GREENIDGE, a
   Washington resident,

27

Case No. 2:17-cv-00366-RSL

**JOINT MOTION AND ~~PROPOSED~~
ORDER TO EXTEND EXPERT
REPORT DEADLINE**

NOTED FOR CONSIDERATION:
DECEMBER 5, 2017

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1                              Plaintiffs,

2          v.

3          TIG INSURANCE COMPANY, as successor
           by merger to AMERICAN SAFETY
4          INDEMNITY COMPANY, a foreign insurer,

5                              Defendant.

6

7          This matter involves both proceedings in the Snohomish County Superior Court and in

8   this Court over a construction insurance and consent judgment dispute.  Plaintiffs elected to seek

9   a reasonableness determination in state court.  An initial reasonableness hearing was held on June

10  2, 2017, in which the Court denied the request for a reasonableness finding without prejudice so

11  that plaintiffs could conduct further investigations into the alleged construction defects.  In this

12  Court, plaintiffs filed a motion for summary judgment on August 31, 2017, and defendant filed

13  a cross-motion for summary judgment on October 5, 2017.  These motions are still pending.

14         The parties jointly request that the deadline for exchanging expert reports, currently set

15  for December 6, 2017 per the May 24, 2017 scheduling order (Dkt. 8), be extended from

16  December 6, 2017 to a date six weeks after the Court rules on the pending cross motions for

17  summary judgment.  This will still allow time for expert depositions prior to the currently

18  scheduled discovery cutoff, but will avoid unnecessary effort to prepare and submit expert reports

19  on issues that may well become moot depending on the Court's ruling on the pending motions.

20         DATED this 5th day of December, 2017.

21                                                LANE POWELL PC

22

23         By  _s/ David M. Schoeggl_
                    David   M.   Schoeggl, WSBA   No.   13638
                    Telephone: 206.223.7000
24                  Fax:  206.223.7107
                    E-mail:  schoeggld@lanepowell.com
25                                 howenstined@lanepowell.com
                    Attorneys for TIG Insurance Company as successor
26                  by merger to American Safety Indemnity Company

27

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND
EXPERT REPORT DEADLINE
(Case No.: 2:17-CV-00366-RSL) - 2
121711.0071/7150228.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CASEY & SKOGLUND, PLLC

By _s/ Todd k. Skoglund_
    Todd K. Skoglund, WSBA No. 304033
    Telephone: 206.284.8165
    Fax:  206.456.4210
    E-mail:  todd@casey-skoglund.com
Attorney for Plaintiffs

JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND
EXPERT REPORT DEADLINE
(Case No.: 2:17-CV-00366-RSL) - 3

121711.0071/7150228.1

1    Having reviewed the parties' joint motion, the Court hereby ORDERS that the date to

2    disclose reports from expert witnesses under Federal Rule of Civil Procedure 26(a)(2) is six

3    weeks after the Court's issuance of a ruling on the parties' cross motions for summary judgment.

4    DONE this __6th__ day of December, 2017.

5

6    _MM S Casnik_

7    THE HONORABLE ROBERT S. LASNIK
     UNITED STATES DISTRICT JUDGE

8

9    Presented by:

10   LANE POWELL PC

11

12   By: _s/ David M. Schoeggl_
         David M. Schoeggl, WSBA No. 13638
         David W. Howenstine, WSBA No. 41216
13       1420 Fifth Avenue, Suite 4200
         Seattle, WA 98111
14       T: 206.223.7000 / F: 1206.223.7107
         Email:    schoeggld@lanepowell.com
                   howenstined@lanepowell.com
15   Attorneys for TIG Insurance Company as successor
16   by merger to American Safety Indemnity Company

17
     CASEY & SKOGLUND, PLLC
18

19   By_s/ Todd K. Skoglund_
         Todd K. Skoglund, WSBA No. 304033
20       130 Nickerson Street, Suite 210
         Seattle, WA 98109
21       T: 206.284.8165 / F: 206.456.4210
         E-mail: todd@casey-skoglund.com
22   Attorney for Plaintiffs

23

24

25

26

27