The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| ANHTHU VAN, a Washington resident; VIET NGUYEN, a Washington resident; DAVID ATHERTON, a Washington resident; DONNIE NEWELL, a Washington resident; GLENDA WERNER, a Washington resident; JOHN BAILEY, a Washington resident; WANJIRU BAILEY, a Washington resident; CHAD VAN CLEAVE, a Washington resident; KELLY PANZARINO, a Washington resident; LORI NEMITZ, a Washington resident; CHANBANDITH PROM, a Washington resident; CHRISTOPHER SMITH, a Washington resident; STEVEN BERUBE, a Washington resident; LISA BERUBE, a Washington resident; JENNY KUMA, a Washington resident; SEM CHAP, a Washington resident; SYED RIZVI, a Washington resident; ROXANNE PARIS, a Washington resident; GUADALUPE GUTIERREZ, a Washington resident; KULJIT SINGH, a Washington resident; PAVNEET CHERRY, a Washington resident; JACOB HANSON, a Washington resident; EMILY HANSON, a Washington resident; JOSHUA ALBERTSON, a Washington resident; CORREY ALBERTSON, a Washington resident; ELIZABETH FAJEMISIN, a Washington resident; SANMI FAJEMISIN, a Washington resident; SAKHOEUN CHHOTH, a Washington resident; JOSHUA REED, a Washington resident; ALDWIN PEREDO, a | Cause No. 2:17-cv-366-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF JOSHUA REED ONLY** |

STIPULATION AND ORDER OF DISMISSAL OF JOSHUA
REED ONLY - 1
(Cause No. 2:17-cv-366-RSL)

CASEY & SKOGLUND PLLC
130 NICKERSON STREET, SUITE 210
SEATTLE, WA 98109
T: 206.284.8165 | F: 206.456.4210

| | |
|---|---|
| Washington resident; CHRISTINE PEREDO, a Washington resident; and SHWANDA GREENIDGE, a Washington resident;<br><br>    Plaintiffs,<br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer;<br><br>    Defendants. | |

## STIPULATION

The parties hereby stipulate that any and all claims from Plaintiff Joshua Reed only shall be dismissed without prejudice and without fees or costs to any party.

DATED this 20th day of April, 2018.

                      LANE POWELL PC

                      By /s/ Devon J. McCurdy
                          Devon J. McCurdy, WSBA No. 52663
                          mccurdyd@lanepowell.com
                          David Howenstine, WSBA No. 41216
                          howenstined@lanepowell.com
                          David M. Schoeggl, WSBA No. 13638
                          schoeggld@lanepowell.com
                          Telephone: 206.223.7000
                          Fax: 206.223.7107

                      Attorneys for TIG Insurance Company as successor by merger to American Safety Indemnity Company

                      CASEY & SKOGLUND, PLLC

                      By /s/ Todd K. Skoglund
                          Todd K. Skoglund, WSBA No. 304033
                          Telephone: 206.284.8165

STIPULATION AND ORDER OF DISMISSAL OF JOSHUA REED ONLY - 2
(Cause No. 2:17-cv-366-RSL)

CASEY & SKOGLUND PLLC
130 NICKERSON STREET, SUITE 210
SEATTLE, WA 98109
T: 206.284.8165 | F: 206.456.4210

Fax:  206.456.4210
E-mail:  todd@casey-skoglund.com
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF JOSHUA
REED ONLY - 3
(Cause No. 2:17-cv-366-RSL)

**CASEY & SKOGLUND PLLC**
130 NICKERSON STREET, SUITE 210
SEATTLE, WA 98109
T: 206.284.8165 | F: 206.456.4210

# ORDER

It is hereby ordered, adjudged, and decreed that any and all claims of Plaintiff Joshua Reed only are dismissed without prejudice and without fees or costs to any party.

Done in open Court this 2nd day of May, 2018.

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik

Presented by:

LANE POWELL PC

By */s/ Devon J. McCurdy*
Devon J. McCurdy, WSBA No. 52663
mccurdyd@lanepowell.com
David Howenstine, WSBA No. 41216
howenstined@lanepowell.com
David M. Schoeggl, WSBA No. 13638
schoeggld@lanepowell.com
Telephone: 206.223.7000
Fax: 206.223.7107

Attorneys for TIG Insurance Company as successor by merger to American Safety Indemnity Company

CASEY & SKOGLUND, PLLC

By */s/ Todd K. Skoglund*
Todd K. Skoglund, WSBA No. 30403
Telephone: 206.284.8165
Fax: 206.456.4210
E-mail: todd@casey-skoglund.com
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF JOSHUA REED ONLY - 4
(Cause No. 2:17-cv-366-RSL)

CASEY & SKOGLUND PLLC
130 NICKERSON STREET, SUITE 210
SEATTLE, WA 98109
T: 206.284.8165 | F: 206.456.4210