THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANHTHU VAN, a Washington resident; VIET NGUYEN, a Washington resident; DAVID ATHERTON, a Washington resident; DONNIE NEWELL, a Washington resident; GLENDA WERNER, a Washington resident; JOHN BAILEY, a Washington resident; WANJIRU BAILEY, a Washington resident; CHAD VAN CLEAVE, a Washington resident; KELLY PANZARINO, a Washington resident; LORI NEMITZ, a Washington resident; CHANBANDITH PROM, a Washington resident; CHRISTOPHER SMITH, a Washington resident; STEVEN BERUBE, a Washington resident; LISA BERUBE, a Washington resident; JENNY KUMA, a Washington resident; SEM CHAP, a Washington resident; SYED RIZVI, a Washington resident; ROXANNE PARIS, a Washington resident; GUADALUPE GUTIERREZ, a Washington resident; KULJIT SINGH, a Washington resident; PAVNEET CHERRY, a Washington resident; JACOB HANSON, a Washington resident; EMILY HANSON, a Washington resident; JOSHUA ALBERTSON, a Washington resident; CORREY ALBERTSON, a Washington resident; ELIZABETH FAJEMISIN, a Washington resident; SANMI FAJEMISIN, a Washington resident; SAKHOEUN CHHOTH, a Washington resident; JOSHUA REED, a Washington resident; ALDWIN PEREDO, a Washington resident; CHRISTINE PEREDO, a Washington resident; SHWANDA GREENIDGE, a Washington resident,

Case No. 2:17-cv-00366-RSL

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

---

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:17-cv-00366-RSL) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0071/7381660.1

Plaintiffs,

v.

TIG INSURANCE COMPANY, as successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, a foreign insurer,

Defendant.

## STIPULATION

IT IS HEREBY STIPULATED by and between above named plaintiffs and defendant TIG Insurance Company, as successor by merger to American Safety Indemnity Company, by and through their respective counsel, that all claims asserted against defendant in this matter are dismissed with prejudice and without an award of costs and fees.

DATED this 7th day of August, 2018.

LANE POWELL PC

By: *s/ David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
schoeggld@lanepowell.com
David W. Howenstine, WSBA No. 41216
howenstined@lanepowell.com
Attorneys for TIG Insurance Company as successor by merger to American Safety Indemnity Company

CASEY & SKOGLUND, PLLC

By: *s/ Todd K Skoglund*
Todd K. Skoglund, WSBA No. 304033
todd@casey-skoglund.com
Attorney for Plaintiffs

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:17-cv-00366-RSL) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0071/7381660.1

# [PROPOSED] ORDER

The plaintiffs and defendant having stipulated for dismissal of all claims asserted against defendant in the above-entitled matter with prejudice and without costs or fees; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims asserted in the above-entitled matter by above-named plaintiffs against defendant TIG Insurance Company are hereby dismissed with prejudice and without an award of costs or fees to any party.

DATED THIS 10th day of August, 2018.

_____
The Honorable Robert S. Lasnik
Judge, U.S. District Court

PRESENTED THROUGH STIPULATION BY:

LANE POWELL PC

By: *s/ David M. Schoeggl*
    David M. Schoeggl, WSBA No. 13638
Attorneys for Defendant

CASEY & SKOGLUND, LLC

By: *s/ Todd K. Skoglund*
    Todd K. Skoglund, WSBA No. 30403
Attorney for Plaintiffs

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL: (Case No. 2:17-cv-00366-RSL) - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0071/7381660.1